UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FERNANDO QUEZADA,

                Plaintiff,                **24-CV-8040 (JHR) (VF)**

     -against-                         **ORDER**

KASOMO LLC and KATANGA KRISILE,

                Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In the Case Management Plan filed at ECF No. 31, the parties indicated their consent to conduct all further proceedings in front of a Magistrate Judge. The parties were directed to submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge within three days of submitting the Case Management Plan. Id. at 1. If the parties wish to proceed in front of a Magistrate Judge, they shall submit to the Court the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge [available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf] by **Tuesday, April 29, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
               April 23, 2025

                                                                 _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge