**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FERNANDO QUEZADA,

                              Plaintiff,                  **24-CV-8040 (JHR) (VF)**

             -against-                                    **ORDER**

KASOMO LLC and KATANGA KRISILE,

                              Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update on the progress of discovery by **Tuesday, July 29, 2025.**

      SO ORDERED.

DATED:    New York, New York
                April 30, 2025

                                                              _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge