# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Svitlana Astakhova
Associate
Midtown Office
sastakhova@gvlaw.com
212-683-7100

September 30, 2025

**By ECF Only**
Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Fernando Quezada v. Kasomo LLC and Katanga Krisile
               Case No.: 1:24-cv-8040-VF

Your Honor:

    Defendants Kasomo LLC and Katanga Krisile respectfully submit this application to compel Plaintiff to provide outstanding discovery and to extend the deadline for completion of fact and expert discovery, for the reasons set forth below.

    On July 22, 2025, the undersigned served Plaintiff with the Second Request for Production following Plaintiff's deposition conducted on July 11, 2025. *See*, Exhibit "A" annexed hereto – Defendants' Second Request for Production. On September 11, 2025, Plaintiff served a response to same. *See*, Exhibit "B" annexed hereto. However, the response was insufficient in that Plaintiff stated that authorizations for his Worker's Compensation file and tax returns would be provided under separate cover. Defendants are entitled to those requested records as at the time of the accident, Plaintiff was a self-employed driver for Uber and Lyft and received Worker's Compensation benefits. Notably, Plaintiff's counsel did not object to the requests.

    On September 12, 2025, the undersigned conducted a telephone conference with Plaintiff's counsel Manuel Perez and was advised that the outstanding authorizations would be provided shortly. On the same date, Plaintiff's counsel submitted a letter-motion requesting an extension of fact discovery deadline until October 1, 2025 in order to provide outstanding authorizations and serve Defendants with Plaintiff's Second Request for Production. The undersigned consented to the request. The Honorable Court granted the request and extended fact discovery deadline until October 1, 2025 (ECF Doc. No. 39).

    To date, Plaintiff has failed to provide outstanding authorizations.

    On September 29, 2025, Defendants served Plaintiff with a response to Plaintiff's Second

Manhattan 90 Broad Street, Suite 1202, New York, NY 10004; New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601
Westchester 1 Bridge Street, Suite 104, Irvington, NY 10533; Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
Midtown 630 3rd Avenue, 3rd Floor, New York, NY 10017

Including the former operations of Rubin, Fiorella, Friedman & Mercante LLP

Request for Production and sent correspondence to Plaintiff's counsel requesting outstanding authorizations. *See*, Exhibit "C" annexed hereto – parties' correspondence. After an unsuccessful attempt to reach Plaintiff's counsel via telephone on September 29, 2025 and further correspondence on September 30, 2025 (*see* Exhibit "C"), the undersigned conducted a telephone conference with Mr. Perez on September 30, 2025 at approximately 12:23 p.m. Mr. Perez advised that he was to follow on the status of the authorizations with his office and advise the undersigned. At the time of submission of this letter-motion, the undersigned has not received any further response form Plaintiff's counsel as to the status of outstanding discovery.

As such, Defendants respectfully request that the Court enters an Order compelling Plaintiff to provide outstanding authorizations for Plaintiff's Worker's Compensation file and tax returns. Defendants further request additional thirty (30) days after receipt of the original authorizations to process same, before fact discovery can be completed. Defendants intend to subpoena the records in order to expedite completion of discovery.

Respectfully submitted,

Svitlana Astakhova, Esq.
GALLO VITUCCI KLAR LLP

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2025

Fact discovery will close on **October 31, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40.