**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**FERNANDO QUEZADA**

**Plaintiff,**

**24-CV-8040 (VF)**

**-against-**

**ORDER**

**KASOMO LLC, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Wednesday, January 27, 2027, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, January 20, 2027**.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge